UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
October 5, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRES AARON CASTRO<br><br>Defendant. | Case No.  2:23-mj-0138 CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ANDRES AARON CASTRO</u> Case No. <u> 2:23-mj-0138 CKD </u> Charges <u>21 USC § 841(a)(1) </u>from custody for the following reasons:

<u>    x    </u>    Release on Personal Recognizance

<u>         </u>    Bail Posted in the Sum of $ <u>                              </u>

<u>         </u>    Unsecured Appearance Bond $ <u>                    </u>

<u>         </u>    Appearance Bond with 10% Deposit

<u>         </u>    Appearance Bond with Surety

<u>         </u>    Corporate Surety Bail Bond

<u>         </u>    (Other):<u>  </u>

Issued at Sacramento, California on October 5, 2023 at 2:25 PM


By:    <u>/s/ Carolyn K. Delaney            </u>

        Magistrate Judge Carolyn K. Delaney