1  KELLAN S. PATTERSON, SB No. 307190
   info@kellanpatterson.com
2  **LAW OFFICE OF KELLAN PATTERSON**
   2450 Venture Oaks Way, Suite 200
3  Sacramento, CA 95833
   Tel:  916.905.7265
4  Fax: 916.721.2742

5  Attorney for ANDRES AARON CASTRO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:23-CR-00270-TLN |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO AMEND PRETRIAL SERVICES CONDITIONS |
| v. | |
| ANDRES AARON CASTRO | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Special Assistant United States Attorney Caily Nelson, and defendant ANDRES CASTRO, by and through his counsel of record, Kellan Patterson, hereby stipulate and request that the Court amend Mr. Castro's pretrial services conditions as set forth below which Pretrial Services has requested the parties file to assist with providing Mr. Castro services to assist him with complying with all terms of his Conditions of Release.

1. Aligned with the Pretrial Services recommendations, the parties hereby stipulate to amend the Court's order issued on October 5, 2024 (ECF No. 9) which provides for Mr. Castro's Special Conditions of Release.

2. Parties agree that Mr. Castro's Special Conditions of Release should include all twelve of the conditions outlined in ECF No. 9.

1

3. The Parties further agree that Mr. Castro Special Conditions of Release should also include a thirteenth condition which provides:

> "You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as determined by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer."

IT IS SO STIPULATED

Dated: March 12, 2024                                  PHILLIP A. TALBERT
                                                       United States Attorney

                                                       /s/ CAILY NELSON
                                                       CAILY NELSON
                                                       Special Assistant United States Attorney

Dated: March 12, 2024                                  /s/ KELLAN PATTERSON
                                                       KELLAN PATTERSON
                                                       Counsel for Defendant
                                                       ANDRES AARON CASTRO

### ~~[PROPOSED]~~ ORDER

IT IS SO FOUND AND ORDERED this 4th day of September 2024.

                                                       The Honorable Jeremy D. Peterson
                                                       UNITED STATES MAGISTRATE JUDGE

2