KELLAN S. PATTERSON, SB No. 307190
info@kellanpatterson.com
**LAW OFFICE OF KELLAN PATTERSON**
2450 Venture Oaks Way, Suite 200
Sacramento, CA 95833
Tel: 916.905.7265
Fax: 916.721.2742

Attorney for ANDRES AARON CASTRO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>ANDRES AARON CASTRO<br><br>                    Defendant. | CASE NO. 2:23-CR-00270-DC<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING DATE AND RESET BRIEFING SCHEDULE |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Special Assistant United States Attorney Caily Nelson, and defendant ANDRES CASTRO, by and through his counsel of record, Kellan Patterson, hereby stipulate and request that the Court continue Sentencing Date currently scheduled for March 21, 2025, to be heard on **May 30, 2025,** for the following reasons:

1. On December 13, 2024, Defendant entered a Change of Plea.

2. On January 15, 2025, additional discovery was provided to Defendant's counsel pertaining to this matter.

3. As a result of the defense counsel's impacted schedule, defendant has been unavailable to timely undergo the interview process with the US Probation Department ("Probation").

1

4. It is anticipated that Defendant will be interviewed by Probation in April of 2025.

5. Probation agrees with the continuance.

6. Parties do not oppose any coinciding briefing dates it shall unilaterally impose consistent with the Federal Rules of Evidence in Local Rules. However, Parties requests the following briefing schedule:

a) The draft Presentence Report shall be disclosed to counsel no later than **April 18, 2025**;

b) Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than **May 2, 2025;**

c) The final Presentence Report shall be filed with the Court and disclosed to counsel no later than **May 9, 2025**;

d) Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than **May 16, 2025**; and

e) Reply, or Statement of Non-Opposition to be filed no later than **May 23, 2025**.

IT IS SO STIPULATED

Dated: February 28, 2025    PHILLIP A. TALBERT
United States Attorney

/s/ CAILY NELSON
CAILY NELSON
Special Assistant United States Attorney

Dated: February 28, 2025    /s/ KELLAN PATTERSON
KELLAN PATTERSON
Counsel for Defendant
ANDRES AARON CASTRO

**ORDER**

In light of the time needed to complete the presentence investigation interview and related briefing, the parties' stipulated request to continue is GRANTED. Accordingly, the Sentencing Hearing scheduled for March 21, 2025, is VACATED and RESET for May 30, 2025 at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: the draft Report shall be disclosed to counsel no later than April 18, 2025; the parties' informal objections shall be delivered to the Probation Officer no later than May 2, 2025; the final Report shall be submitted no later than May 9, 2025; Formal Objections or any Motion for Correction shall be submitted no later than May 16, 2025; and Reply or Statement of Non-Opposition shall be submitted no later than May 23, 2025.

IT IS SO ORDERED.

Dated: **March 4, 2025**

Dena Coggins
United States District Judge